ORIGINAL

FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0329

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0329

_____

FILED

SEP 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

O.S.,                                                                    O R D E R

        Respondent and Appellant.

_____

Counsel for Appellant has filed a motion to dismiss this appeal on the grounds that Appellant O.S. is deceased. Appellee does not object to the motion. Therefore,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

DATED this 29ᵀᴴ day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices